729-15

# ELECTRONIC RECORD

COA # 03-13-00760-CR          OFFENSE: 36.06

STYLE: James Arthur Brown v. The State of Texas          COUNTY: Travis

COA DISPOSITION: AFFIRMED          TRIAL COURT: 331st District Court

DATE: 05/12/15          Publish: NO          TC CASE #: D-1-DC-13-300630

# IN THE COURT OF CRIMINAL APPEALS

STYLE: James Arthur Brown v. The State of Texas          CCA #: 729-15

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 09/16/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD